Request for Jurisdiction Transfer  August 26, 2025
Name of Offender: Oscar Jefferson  2:20-CR-00539-JAK

| ✎PROB 22<br>(Rev. 01/24) | FILED<br>CLERK, U.S. DISTRICT COURT<br>09/10/2025<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: TJ DEPUTY | DOCKET NUMBER *(Tran. Court)*<br>2:20-CR-00539-JAK |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)*<br>2:25-cr-00290-APG-NJK-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT<br>Central of California | DIVISION<br>Western |
|---|---|---|
| Mr. Oscar Jefferson<br>Las Vegas, Nevada | NAME OF SENTENCING JUDGE<br>John A. Kronstadt | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br>January 16, 2024 | TO<br>January 15, 2028 |

OFFENSE
Conspiracy to Commit Bank Fraud in violation of 18 U.S.C. § 1349, 18 U.S.C. § 1344, as charged in Count 1

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Mr. Jefferson resides in Nevada where he has ties, and he has no intention to return to the Central District of California. The District of Nevada Probation Office requested jurisdiction so they can expedite any future matters which may require the Court's attention.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   CENTRAL   DISTRICT OF   CALIFORNIA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>District of Nevada</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

September 10, 2025
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE         DISTRICT OF   Nevada

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

September 22, 2025
*Effective Date*

*United States District Judge*

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Oscar Jefferson

Case No.: **2:25-cr-00290-APG-NJK-1**

**REQUEST FOR ACCEPTANCE OF TRANSFER OF JURISDICTION**

September 18, 2025

TO:   The Honorable District Judge

Mr. Jefferson was sentenced by the Honorable John A. Kronstadt on May 18, 2021, to 48 months imprisonment followed by four years of supervised release for the offense of Conspiracy to Commit Bank Fraud. On January 16, 2024, Mr. Jefferson commenced supervision in the District of Nevada.

Mr. Jefferson plans to remain in Las Vegas for the duration of his supervision. To expedite any future matters which may require the Court's attention, it is recommended the Court accept jurisdiction of the case.

Should the Court agree with this request, a signed transfer of jurisdiction form 22 is attached for Your Honor's review and signature.

Respectfully submitted,

*E Hogans*  Digitally signed by Erica Hogans
Date: 2025.09.19 11:33:08 -07'00'

Erica Hogans
US Probation Officer

Approved:

*Amberleigh K Barajas*  Digitally signed by Amberleigh Barajas
Date: 2025.09.18 16:51:08 -07'00'

Amberleigh Barajas
Supervisory United States Probation Officer